UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 13 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| ELOISE CAMPOS, )<br>)<br>Plaintiff, )<br>) Civ. No. 18-1200 (UNA)<br>)<br>RITEWAY MEDICAL EQUIPMENT SUPPLIES )<br>& NURSECARE, INC., )<br>)<br>Defendant. ) | |

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint.[1] The application will be granted, and the complaint will be dismissed without prejudice.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). The complaint raises a breach of contract claim. It fails to allege a claim arising under the United States Constitution or federal law and, therefore, the plaintiff does not raise a federal question. Furthermore, because the plaintiff neither demands monetary damages exceeding $75,000 nor demonstrates that the parties

---

[1] The Court treats the complaint as if it had been filed by Eloise Campos alone. While Ms. Campos may be the owner of Campos Enterprises, Inc., unless she is a licensed attorney, she cannot represent the interests of the corporation. *See* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel[.]"); *Georgiades v. Martin-Trigona*, 729 F.2d 831, 834 (D.C. Cir. 1984) (finding that appellee's son "is not a member of the bar of any court," and he "may appear pro se but is not qualified to appear in the District Court or in this court as counsel for others").

are citizens of different states, the plaintiff fails to establish diversity jurisdiction. Accordingly, the Court will dismiss the complaint for lack of subject matter jurisdiction.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: June 12, 2018

_____
United States District Judge